```
                         United States Bankruptcy Court
                          Eastern District of New York
```

In re:                                                         Case No. 14-46397-nhl
Abelardo Longas                                                Chapter 13
Elena Zuluaga
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0207-1         User: cteutonic           Page 1 of 1              Date Rcvd: Jan 23, 2015
                             Form ID: 273              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 25, 2015.
db/jdb         +Abelardo Longas,    Elena Zuluaga,   3512 Corporal Kennedy St,    Bayside, NY 11361-1416

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2015                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 23, 2015 at the address(es) listed below:
              Deborah J Dwyer    on behalf of Creditor   NYS Dept. of Taxation and Finance
               Deborah.Dwyer@tax.ny.gov
              Marianne DeRosa    Derosa@ch13mdr.com, mderosa13@ecf.epiqsystems.com
              Norma E Ortiz    on behalf of Joint Debtor Elena  Zuluaga email@ortizandortiz.com,
               ortiznoticeme@gmail.com;bkcourt@gmail.com
              Norma E Ortiz    on behalf of Debtor Abelardo  Longas email@ortizandortiz.com,
               ortiznoticeme@gmail.com;bkcourt@gmail.com
              Office of the United States Trustee    USTPRegion02.BR.ECF@usdoj.gov
                                                                                              TOTAL: 5

# United States Bankruptcy Court

Eastern District of New York
271−C Cadman Plaza East, Suite 1595
Brooklyn, NY 11201−1800

| | |
|---|---|
| IN RE: | CASE NO: 1−14−46397−nhl |
| Abelardo Longas and Elena Zuluaga | |
| Social Security/Individual Taxpayer ID/Taxpayer ID/Employer ID No.: | CHAPTER: 13 |
| xxx−xx−1170         xxx−xx−5564 | |
| DEBTOR(s) | |

# FINAL NOTICE OF SECTION 521 DEFICIENCIES

**NOTICE IS HEREBY GIVEN THAT:**

One or more deficiencies remain regarding the document(s) indicated below. Under § 521(i)(1) of the Bankruptcy Code, these documents are required to be filed no later than 45 days from the filing of the petition.

- ☐ Notice to Individual Consumer Debtor Under **§342(b)** of the Bankruptcy Code (Official Form B201)
- ☑ Schedule A
- ☑ Schedule B
- ☑ Schedule D
- ☑ Schedule E
- ☑ Schedule F
- ☑ Schedule I
- ☑ Schedule J
- ☑ Statement of Financial Affairs
- ☑ Statement of Monthly Means Test and Income Calculation
- ☑ Copies of Pay Statements received within 60 days prior to the date of filing

Failure to file the required documents within 45 days of the date of filing of the petition may result in the case being dismissed without further notice or hearing, unless an extension of time under § 521(i)(3) or (4) of the Bankruptcy Code is made.

Dated: January 23, 2015

For the Court, Robert A. Gavin, Jr., Clerk of Court

**GTntcdef521.jsp** [Final Deficiency Notice rev.08/20/09]